IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRCT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Daniel L. Grobe, | : | Case No.: 12 B 49515 |
| Michelle M. Grobe, | : | |
| Debtors, | : | Judge Carol A. Doyle |
| | : | |

---

| | | |
|---|---|---|
| | : | |
| Daniel L. Grobe, | : | |
| Michelle M. Grobe, | | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adv No.13 ap 00156 |
| | : | |
| Chase, | : | |
| Defendant. | : | |

**NOTICE OF MOTION FOR MOTION FOR DEFAULT JUDGMENT**

To:   Chase Home Finance         Chase Home Finance
      3415 Vision Drive          Via Facsimile Number (972) 852-9944
      Code: OH4-7164
      Columbus, OH 43219

YOU ARE HEREBY NOTIFIED that on May 2, 2013 at 10:00 am or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Carol Doyle, or any Judge sitting in her stead, in Courtroom 240 of the Kane County Courthouse, 100 S. Third Street, Geneva, Illinois and then and there present the attached **Motion for Default**, at which time you may appear if you so deem fit.

              ___/s/Deanna_L. Aguinaga_____
              Deanna L. Aguiñaga
              Attorney for Debtor

**PROOF OF SERVICE**

The undersigned, being duly sworn, says that on the 27th day of March, 2013, she served a copy of the **Motion for Default Judgment, Adversary Complaint to Determine Nature and Extent of Lien and Avoid Junior Mortgage, proposed Order of Default, and foregoing Notice of Motion,** as addressed above by certified US Mail, return receipt requested and by depositing a true and correct copy of the same in the United States mail, located at Aurora, Illinois, proper postage prepaid.

              ___/s/Deanna_L. Aguinaga_____
              Deanna L. Aguiñaga
              Attorney at Law

Aguinaga, Serrano & Low
431 Williamsburg Avenue
Geneva, IL 60134
Telephone: (630) 844-8781

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRCT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    Daniel L. Grobe, | : | Case No.: 12 B 49515 |
|    Michelle M. Grobe, | : | |
|        Debtors, | : | Judge Carol A. Doyle |
| | : | |
| | : | |
| Daniel L. Grobe, | : | |
| Michelle M. Grobe, | | |
|        Plaintiff, | : | |
| | : | |
|    vs. | : | Adv No.13 ap 00156 |
| | : | |
| Chase, | : | |
|        Defendant. | : | |

**MOTION FOR DEFAULT JUDGMENT**

NOW COMES the Plaintiff, Daniel L. Grobe and Michelle M. Grobe, by and through their attorneys, Aguinaga, Serrano & Low, and for their Motion for Default Judgment, states as follows:

1. The Complaint in the matter was filed February 7, 2013.

2. That the Summons and Complaint were served on the Defendant on February 11, 2013.

3. That to date the Defendant has failed to file an Answer or to otherwise plead.

WHEREFORE, the Plaintiff, Daniel L. Grobe and Michelle M. Grobe, prays for the following relief:

   A.   That this Court enter a default Judgment against the Defendant, Chase, and find that the alleged lien of Chase is completely unsecured.

   B.   That this Court avoid the junior mortgage lien of Chase recorded on August 2, 2005 as document number 2005K089407 in the Kane County Recorder of Deeds and find that the junior mortgage is of no further legal effect;

  C. For other further relief as this Court deems equitable and just.


| Dated: <u>March 26, 2013</u> | Respectfully submitted,<br>Daniel L. Grobe and Michelle M. Grobe, |
|---|---|
| | By: <u>/s/ Deanna L Aguinaga</u><br>One of the attorneys for the Plaintiff |

Deanna L. Aguinaga
Aguinaga, Serrano & Low
431 Williamsburg Avenue
Geneva, IL 60134
Phone: (630) 844-8781
Facsimile: (630) 844-8789